UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
CHEYENNE DIVISION

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2012 OCT 25 PM 1 04

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Respondent, ) | |
| ) | CIVIL ACTION NO: |
| ) | |
| Vs. ) | 12-CV-36-F |
| ) | |
| LINDA MONTOYA, ) | |
| Petitioner. ) | |

**MOTION TO REPLY TO GOVERNMENT'S RESPONSE TO
TO THE DEFENDANT'S MOTION FOR RECONSIDERATION
OF THE DENIAL OF MOTION UNDER 28 USC § 2255**

COMES NOW, Linda Montoya, hereinafter referred to as "Petitioner" in pro se in the above styled and entitled cause of action who moves this Honorable Court for leave to Reply to the Government's Response to her motion for Reconsideration from denial of her motion under 28 USC Section 2255.

Petitioner submits that the Government's Response does not factually address contentions raised in the Motion for Reconsideration. For this and other reasons, Petitioner requests of the court permission to formulate a Reply to this Response and also requests that the court grant a time frame of (30) thirty days from the mailing of this request, in which to formulate and submit to the court a Reply.

WHEREFORE PREMISES CONSIDERED, Petitioner prays that the court will;

(a) Grant the Motion for leave to Reply to the Government's Response to her Motion for Reconsideration,

(b) Grant the Petitioner until November 23, 212 to file a Reply, and,

(c) Grant unto the Petitioner any other relief the court deems just and proper.

Respectfully Submitted,

1  Dated this 22 day of October, 2012,

Linda J. Montoya,
Petitioner pro se
Fed. Reg. No: 11531-091
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5300
Adelanto, CA 92301

## CERTIFICATE OF SERVICE

Linda J. Montoya, Petitioner in the foregoing action, do hereby certify that on this __ day of October, 2012, I have served a true and correct copy of the following;

MOTION FOR LEAVE TO REPLY TO GOVERNMENT'RESPONSE

Upon all parties involved in the matter, to wit:

Christopher A. Crofts,
United States Attorney

David A. Kubichek,
Assistant United States Attorney

Vickie L. Smith,
Assistant United States Attorney

District of Wyoming
P.O. Box 22211
Casper, WY 82602-5010

with sufficient postage attached thereupon to carry same to its destination.

Dated this   day of October, 2012,

Linda J. Montoya,
Petitioner pro se
Fed. Reg. No: 11531-091
FCI Victorville Medium II
Federal Correctional Institution
P.O. Box 5300
Adelanto, CA 92301